STANLEY F. WALLACE, APPELLANT, v. DELAWARE RIVER
FERRY COMPANY OF NEW JERSEY, RESPONDENT.

Argued February 3, 1943—Decided May 18, 1943.

For the appellant, *Bartholomew A. Sheehan.*

For the respondent, *French, Richards & Bradley.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, DONGES, POR-
TER, DEAR, WELLS, HAGUE, JJ. 7.

*For reversal*—BODINE, PERSKIE, RAFFERTY, THOMPSON,
JJ. 4.